IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RIFFEL LAW FIRM, PLLC, a Professional Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-20-616-C |
| HEATH D. GAISFORD, an individual; ALISHA LOUISE GAISFORD, an individual; DENNIS IRVIN GAISFORD, an individual; LOLA FAYE GAISFORD, an individual; STATE OF OKLAHOMA, ex rel. OKLAHOMA TAX COMMISSION; ELLIS COUNTY TREASURER and BOARD OF COUNTY COMMISSIONERS; U.S. DEPARTMENT OF AGRICULTURE, ex rel. FARM SERVICE AGENCY; and JOHN DOE, occupant, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| HEATH D. GAISFORD, an individual; ALISHA LOUISE GAISFORD, an individual; DENNIS IRVIN GAISFORD, an individual; and LOLA FAYE GAISFORD, an individual, | ) ) ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| vs. | ) ) | |
| RIFFEL LAW FIRM, PLLC, a Professional Limited Liability Company, CRAIG RIFFEL, an individual; KATRESA RIFFEL, an individual; and JONATHAN F. BENHAM, an individual, | ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

On January 12, 2021, the Court entered an Order granting Defendants' Motion for Partial Summary Judgment on Plaintiff's claim to foreclose an alleged attorneys' lien. Defendants then filed a Motion for Attorneys' Fees seeking to recover attorneys' fees related to that claim. However, as Plaintiff notes, Defendants' Motion is premature as no judgment has been entered in Defendants' favor; rather, the Court's Order on Summary Judgment noted that Judgment would be entered at the close of the case. Accordingly, Defendants' Motion will be denied without prejudice to being refiled when a judgment is entered in their favor.

As set forth more fully herein, Defendants' Motion for Attorneys' Fees (Dkt. No. 47) is DENIED.

IT IS SO ORDERED this 2nd day of March 2021.

ROBIN J. CAUTHRON
United States District Judge