IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RIFFEL LAW FIRM, PLLC, a Professional Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>HEATH D. GAISFORD, an individual; ALISHA LOUISE GAISFORD, an Individual; DENNIS IRVIN GAISFORD, an individual; LOLA FAYE GAISFORD, an individual; STATE OF OKLAHOMA ex rel. OKLAHOMA TAX COMMISSION; ELLIS COUNTY TREASURER and BOARD OF COUNTY COMMISSIONERS; U.S. DEPARTMENT OF AGRIGULTURE, ex rel. FARM SERVICE AGENCY; and JOHN DOE, occupant,<br><br>    Defendants. | Case No.5:20-cv-616-C |

## ORDER

Before the Court is the Motion to Withdraw as Counsel of Record filed by Amy L. Alden. Upon review of the motion, the Court GRANTS the Motion to Withdraw as Counsel of Record [ECF No. 56] and ORDERS that Amy L. Alden be withdrawn as counsel for Defendants, Heath D. Gaisford, Alisha Louise Gaisford, Dennis Irving Gaisford and Lola Faye Gaisford in the above-entitled cause.

**IT IS SO ORDERED** this 22nd day of March, 2021.

ROBIN J. CAUTHRON
United States District Judge