IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RIFFEL LAW FIRM, PLLC, a Professional Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-20-616-C |
| HEATH D. GAISFORD, an individual; ALISHA LOUISE GAISFORD, an Individual; DENNIS IRVIN GAISFORD, an individual; LOLA FAYE GAISFORD, an individual; STATE OF OKLAHOMA, ex rel. OKLAHOMA TAX COMMISSION; ELLIS COUNTY TREASURER and BOARD OF COUNTY COMMISSIONERS; U.S. DEPARTMENT OF AGRICULTURE, ex rel. FARM SERVICE AGENCY; and JOHN DOE, Occupant, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| HEATH D. GAISFORD, an individual; ALISHA LOUISE GAISFORD, an individual; DENNIS IRVIN GAISFORD, an individual; and LOLA FAYE GAISFORD, an individual, | ) ) ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| vs. | ) ) | |
| RIFFEL LAW FIRM, PLLC, a Professional Limited Liability Company, CRAIG RIFFEL, an individual; KATRESA RIFFEL, an individual; and JONATHAN F. BENHAM, an individual, | ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

MEMORANDUM OPINION AND ORDER

This matter was originally filed in the District Court for Ellis County Oklahoma. It was removed to this Court by Defendant Farm Service Agency. On June 18, 2021, the parties stipulated to the dismissal of a number of Defendants including the Farm Service Agency. As a result of that dismissal, the claims remaining in this matter concern only state law issues among non-diverse parties. Accordingly, the Court declines to exercise supplemental jurisdiction over the remaining claims. See 28 U.S.C. § 1367(c)(3). The Court Clerk is directed to take the steps necessary to remand this matter to the District Court in and for Ellis County, Oklahoma.

IT IS SO ORDERED this 25th day of June 2021.

ROBIN J. CAUTHRON
United States District Judge